OPINION — AG — **** PERMITTED TELEPHONE DIRECTORY LISTING OF ACCOUNTANTS **** UNDER THE PROVISIONS OF 59 O.S. 1971 15.22 [59-15.22], ACCOUNTANTS LICENSED BY THE STATE BOARD OF PUBLIC ACCOUNTANCY CAN HOLD THEMSELVES OUT AS PUBLIC BOOKKEEPERS OR TAX RETURN PREPARERS BY LISTING THEIR NAMES UNDER THE TELEPHONE DIRECTORY CLASSIFICATIONS OF "TAX RETURN PREPARATION" AND "BOOKKEEPING SERVICE". CITE: 25 O.S. 1971 1 [25-1], 59 O.S. 1971 15.22 [59-15.22] (MIKE D. MARTIN)